AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Anne M. Rowan

V.

James T Chandler &
Sons, Inc. and
Funeral Services of
Delaware LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   0 6 - 2 5 8

TO: (Name and address of Defendant)

Funeral Services of Dela. LLC.
C/O Registered Agent
2506 Concord Pike
Wilmington, De 19803

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Ave. Suite 1130
Wilmington, De 19899

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                              4/20/06
_____                    _____
CLERK                                                        DATE

E. Strickler
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/23/06 |
| NAME OF SERVER (PPJNT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: \_\_\_\_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: \_\_\_\_

☐ Returned unexecuted: \_\_\_\_

☒ Other (specify): SERVED: FUNERAL SERVICES OF DELAWARE LLC. AT 2506 CONCORD PIKE WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY DEBBIE GUYER

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/23/06
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.