UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

**SWARTZ CAMPBELL LLC**       Attorney for Plaintiff
**BY:** Nicholas Skiles, Esquire
300 Delaware Avenue
Suite 1130
Wilmington, DE 19899
(302) 656-5935

| | |
|---|---|
| ANNE M. ROWAN,<br><br>                              Plaintiff<br><br>vs.<br><br>JAMES T. CHANDLER & SON, INC.,<br>FUNERAL SERVICES OF<br>DELAWARE<br>                          Defendants. | CIVIL ACTION<br><br>NO. 06-258 *gms* |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

    1.    Nicholas E. Skiles, a member of the Delaware bar, pursuant to Rule 170(b), moves the Court for the admission *pro hac vice* of:

> Kori Ann Connelly, Esquire
> Swartz Campbell LLC
> 1601 Market Street, 34th Floor
> Philadelphia, PA 19103-2316
> 215-564-5190 (office)
> 215-299-4260 (direct line)
> 215-299-4301 (fax)

to represent defendant, Anne Rowan, in this action. Movant certifies that movant finds the applicant to be a reputable and competent attorney, and movant is in a position to

recommend the applicant's admission. The applicant is admitted, practicing, and in good standing in the Commonwealth of Pennsylvania.

           SWARTZ CAMPBELL LLC

           /S/ *Nicholas E. Skiles*
           Nicholas E. Skiles, Esquire (ID No. 3777)
           300 Delaware Avenue, Suite 1130
           P.O. Box 330
           Wilmington, DE 19801
           (302) 656-5935
           Attorneys for the Defendant, Anne Rowan

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

**SWARTZ CAMPBELL LLC**
BY: Nicholas Skiles, Esquire
300 Delaware Avenue
Suite 1130
Wilmington, DE 19899
(302) 656-5935

Attorney for Plaintiff

ANNE M. ROWAN,

                Plaintiff

vs.

JAMES T. CHANDLER & SON, INC.,
FUNERAL SERVICES OF
DELAWARE

                Defendants.

CIVIL ACTION

NO. 06-258 *Jms*

### **CERTIFICATION**

    Kori Ann Connelly hereby certifies:

    1.    That she is a member in good standing of the Bar of the Commonwealth of Pennsylvania;

    2.    That she shall be bound by the Delaware Lawyers' Rules of Professional Conduct and has reviewed the Statement of Principles of Lawyer Conduct;

    3.    That she and all attorneys of the applicant's firm who directly or indirectly provide services to the party or cause at issue shall be bound by all Rules of the Court;

    4.    That she does not maintain an office in the State of Delaware and that she consents to the appointment of the Clerk of District Court of Delaware as agent upon whom service of process may be made for all action, including disciplinary action, that may arise out of the practice of law under this rule and any activities related thereto;

     5.    That she has not appeared in any actions in any court of record of Delaware in the preceding twelve (12) months with the exception of the matter of <u>James T. Chandler & Son, Inc. v. Anne M. Rowan, et al</u>, Court of Chancery of the State of Delaware, in and for New Castle County, C.A. No. 1056-N;

     6.    That a payment for the *pro hac vice* admission assessment in the amount of Twenty-five dollars ($25.00) is attached to be deposited in the District Court of Delaware registration fund for the purpose of the governance of the Bar of its Court and may be distributed pursuant to Supreme Court Rule 69; and

     7.    Applicant has not been disbarred or suspended and is not the object of any pending disciplinary proceedings in any jurisdiction where the applicant has been admitted generally, *pro hac vice*, or in any other way.

Dated: 6/13/06

                                                     *Kori Connelly*
                                                     Kori Ann Connelly, Esquire

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Kori Ann Connelly , Bar # 85633, was duly admitted to practice in said Court on May 5, 2001 , and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                                   Clerk of Court

on June 2, 2006.                                   BY _____
                                                            Aida Ayala,     Deputy Clerk



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Kori Ann Connelly, Esq.**

DATE OF ADMISSION

*October 16, 2000*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 5, 2006

*Patricia Johnson*
Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

**SWARTZ CAMPBELL LLC**                          **Attorney for Plaintiff**
BY: Nicholas Skiles, Esquire
300 Delaware Avenue
Suite 1130
Wilmington, DE 19899
(302) 656-5935

| | |
|---|---|
| ANNE M. ROWAN, | |
| Plaintiff | CIVIL ACTION |
| vs. | |
| JAMES T. CHANDLER & SON, INC., FUNERAL SERVICES OF DELAWARE | NO. 06-258 ᴊ/mS |
| Defendants. | |

### ORDER

The foregoing application of Kori Ann Connelly, Esquire for admission to practice in this action *pro hac vice* is hereby granted.

IT IS SO ORDERED this ____ day of _____, 2006.

_____
J.

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE M. ROWAN,<br><br>      Plaintiff<br><br>vs.<br><br>JAMES T. CHANDLER & SON, INC.,<br>FUNERAL SERVICES OF DELAWARE<br><br>      Defendants. | CIVIL ACTION NO.: 06-258 GMS |

**CERTIFICATION OF SERVICE**

I, Nicholas E. Skiles, Esquire, hereby certify that copies of the attached Pro Hac Vice Motion were served by electronic filing to the following people on June 19, 2006:

James T. Chandler & Son, Inc.
c/o J. T. Chandler III, Registered Agent
2506 Concord Pike
Wilmington, DE  19803

Funeral Services of Delaware LLC
c/o Registered agent
2506 Concord Pike
Wilmington, DE  19803

SWARTZ CAMPBELL LLC

/S/Nicholas E. Skiles
Nicholas E. Skiles, Esquire (ID No. 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19801
(302) 656-5935
Attorneys for the Defendant, Anne Rowan