IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE M.ROWAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:06-cv-00258-GMS |
| | ) |
| JAMES T. CHANDLER & SON, INC., and | ) JURY TRIAL DEMANDED |
| FUNERAL SERVICES OF DELAWARE, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE OF TERESA A. CHEEK**

PLEASE ENTER the appearance of the undersigned as Co-Counsel for Defendants.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/   *Teresa A. Cheek*
Teresa A. Cheek, Bar I.D. No. 2657
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
tcheek@ycst.com
Co-Counsel for Defendants

Dated: July 21, 2006

## CERTIFICATE OF SERVICE

     I, Teresa A. Cheek, hereby certify that on July 21, 2006, I electronically filed the foregoing:  **Entry of Appearance of Teresa A. Cheek** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorneys of record:

>Nicholas Skiles, Esquire
>Swartz & Campbell LLC
>300 Delaware Avenue, Suite 1130
>P.O. Box 330
>Wilmington, DE  19899
>
>Robert K. Pearce, Esquire
>824 North Market Street, Suite 904
>P.O. Box 1351
>Wilmington, DE  19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/   *Teresa A. Cheek*_____
>Teresa A. Cheek, Bar I.D. No. 2657
>The Brandywine Building, 17th Floor
>1000 West Street
>P.O. Box 391
>Wilmington, DE 19801
>Telephone: (302) 571-6676
>Facsimile: (302) 576-3286
>Co-Counsel for Defendants

Dated:  July 21, 2006