IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE M. ROWAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-258-GMS |
| | ) |
| JAMES T. CHANDLER & SON, INC. and | ) JURY TRIAL DEMANDED |
| FUNERAL SERVICES OF DELAWARE, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

The undersigned, hereby certifies that on October 2, 2006, two copies of

**Defendants' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)** were

served upon the following counsel:

> Nicholas Skiles, Esquire
> Swartz & Campbell LLC
> 300 Delaware Avenue, Suite 1130
> P.O. Box 330
> Wilmington, DE 19899

> William T. Salzer, Esquire
> Swartz & Campbell LLC
> 1601 Market Street, 34th Floor
> Philadelphia, PA 19103

| FERRY, JOSEPH & PEARCE, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| Robert K. Pearce, Esquire (No. 191) | |
| 824 Market Street, Suite 904 | |
| P.O. Box 1351 | /s/ *Teresa A. Cheek* |
| Wilmington, DE 19899 | Teresa A. Cheek, Esquire (No. 2657) |
| (302) 575-1555 | The Brandywine Building, 17th Floor |
| Co-counsel for Defendants | 1000 West Street, P.O. Box 391 |
| | Wilmington, Delaware 19899-0391 |
| | Telephone: (302) 571-6676 |
| | Facsimile: (302) 576-3286 |
| | Co-counsel for Defendants |

Dated: October 3, 2006