# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE M. ROWAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-258-GMS |
| | ) |
| JAMES T. CHANDLER & SON, INC. and | ) JURY TRIAL DEMANDED |
| FUNERAL SERVICES OF DELAWARE, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that, pursuant to Local Rules 5.4, two copies of **James T. Chandler & Son, Inc.'s Responses to Plaintiff's First Set of Interrogatories, Funeral Services of Delaware's Responses to Plaintiff's First Set of Interrogatories, James T. Chandler & Son, Inc.'s Responses to Plaintiff's First Request for Production of Documents, Funeral Services of Delaware's Responses to Plaintiff's First Request for Production of Documents, James T. Chandler & Son, Inc.'s Responses to Plaintiff's First Set of Request for Admissions, Funeral Services of Delaware's Responses to Plaintiff's First Set of Request for Admissions** were served upon the following parties in the manner indicated below:

*Via Hand Delivery*
Nicholas E. Skiles, Esquire
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
Wilmington, DE 19899

FERRY, JOSEPH & PEARCE, P.A.

/s/Robert K. Pearce
Robert K. Pearce, Esquire (No. 191)
824 North Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
Telephone: (302) 575-1555
Facsimile: (302) 575-1714
rpearce@ferryjoseph.com
Co-counsel for Defendants

*First Class Mail*
William T. Salzer, Esquire
Swartz Campbell LLC
Two Liberty Place, 28th Floor
50 S. 16th Street
Philadelphia, PA 19102

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/Teresa A. Cheek
Teresa A. Cheek, Esquire (No. 2657)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building, 17th Floor
1000 West Street, P. O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
tcheek@ycst.com
Co-counsel for Defendants