IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE M. ROWAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-258-GMS |
| | ) |
| JAMES T. CHANDLER & SON, INC. and | ) JURY TRIAL DEMANDED |
| FUNERAL SERVICES OF DELAWARE, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION**

    **PLEASE TAKE NOTICE** that the undersigned will take the deposition of the plaintiff, Anne M. Rowan at the office of Ferry, Joseph & Pearce, 824 Market Street, Suite 904, Wilmington, Delaware on Wednesday, December 20, 2006 at 10:00 a.m.

        FERRY, JOSEPH & PEARCE, P.A.

        /s/Robert K. Pearce
        ROBERT K. PEARCE, ESQUIRE
        No. 191
        824 Market Street, Suite 904
        Wilmington, DE 19899
        (302)575-1555
        Attorney for Defendants

cc:    Bloom Reporting

Dated: November 1, 2006

## CERTIFICATE OF SERVICE

    I, Robert K. Pearce, Esquire do hereby certify that on November 1, 2006, I electronically filed the foregoing **Notice of Deposition** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Nicholas Skiles, Esquire
(ID #3777)
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P. O. Box 330
Wilmington, DE 19899

Teresa A. Cheek, Esquire
(ID #2657)
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

    I, hereby certify that on November 1, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

William T. Salzer, Esquire
Two Liberty Place, 28th Floor
50 S. 16th Street
Philadelphia, PA 19102

                                                          /s/Robert K. Pearce
                                                          Ferry, Joseph & Pearce, P.A.
                                                          824 Market Street, Suite 904
                                                          Wilmington, DE 19899
                                                          (302) 575-1555
                                                          rpearce@ferryjoseph.com

Dated:          November 1, 2006