Swartz Campbell LLC
300 Delaware Avenue
11th Floor, Suite 1130
P.O. Box 330
Wilmington, DE 19899

voice (302) 656-5935
facsimile (302) 656-1434
nskiles@swartzcampbell.com
www.swartzcampbell.com

**Nicholas E. Skiles**
*Attorney at Law*

November 8, 2006

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19899

    **Re:**    **Anne M. Rowan vs. James T. Chandler & Son, Inc., et al**
            **U.S.D.C., District of Delaware, Civil Action No. 06-258 (GMS)**

Dear Judge Sleet:

On November 3, 2006, pursuant to your Honor's request, the undersigned filed a proposed scheduling order. Defense counsel have requested additional dates be added to the proposed order for the sake of clarity.

We are attaching a copy of the revised proposed order, which all counsel have consented to. We respectfully request that the Court review and approve this revised order.

I am available at the Court's convenience to answer any questions concerning this proposed order.

                        Very truly yours,

                        SWARTZ CAMPBELL LLC


                        /s/ Nicholas E. Skiles
                        Nicholas E. Skiles, Esquire (I.D. #3777)

/kac
cc:    Teresa A. Cheek, Esquire
        Robert A. Cheek, Esquire
        William T. Salzer, Esquire

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE M. ROWAN,<br><br>         Plaintiff<br><br>vs.<br><br>JAMES T. CHANDLER & SON, INC.,<br>FUNERAL SERVICES OF DELAWARE<br>         Defendants. | CIVIL ACTION<br><br>NO. 06-258-GMS |

## SCHEDULING ORDER

_____ This _____ day of_____, 2006, the Court having conducted a Rule 16 Scheduling Conference pursuant to Local Rule 16.2(b) on October 30, 2006, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

IT IS ORDERED that:

1. **Rule 26(a) Initial Disclosures**: The parties have already made their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a).

2. **Joinder of other Parties and Amendment of Pleadings**: All motions to join other parties and amend the pleadings shall be filed on or before December 29, 2006.

3. **Discovery**: All discovery shall be initiated so that it will be completed on or before April 30, 2007. The plaintiff's expert report shall be due on or before February 1, 2007 and the defendants shall provide their expert report on or before March 15, 2007.

      a.    **Discovery and Scheduling Matters**: Should counsel find that they are unable to resolve a discovery or scheduling matter, the party seeking relief shall contact chambers at (302) 573-6470 to schedule a telephone conference.  Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF), a **joint, non-argumentative** letter agenda not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this court's website at www.ded.uscourts.gov .  Should the court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall fil with the court a **<u>TWO PAGE LETTER</u>**, exclusive of exhibits, describing the issues in contention.  The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**.  The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

      4.    **<u>Confidential Information and Papers Filed under Seal</u>**: Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court within ten (10) days from the date of this order.  When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

**If, after making a diligent effort, the parties are unable to agree on the contents of the joint, proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 3(a).**

5.  **Settlement Conference**: Pursuant to 28 U.S.C. §636, this matter is referred to the United States Magistrate for the purpose of exploring the possibility of a settlement. If the parties agree that the possibility of settlement may be enhanced by such referral, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference with counsel and clients.

6.  **Case Dispositive Motions**: All case dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before May 14, 2007. Briefing will be presented pursuant to the Court's Local Rules, unless the parties agree to an alternative briefing schedule. Any such agreement shall be in writing and filed with the Court for the Court's approval. Any request for an extension of time as set forth in this Scheduling Order must be accompanied by an explanation or your request will be denied.

7.  **Oral Argument**: If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to Local Rule 7.1.4.

8.  **Pretrial Conference**: On August 29, 2007 at 10:00 a.m., the Court will hold a Pretrial Conference in chambers with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the court the Joint Proposed Final Pretrial Order with the information required by the form of Final Pretrial Order on or before August 6, 2007. A sample form of Pretrial Order can be located on this Court's website at www.ded.uscourts.gov.

9. **Trial**:  This matter is scheduled for a five (5) day jury trial beginning at 9:00 a.m. on September 17, 2007.

10. **Scheduling**: The parties shall contact chambers, at 302-573-6470, only in situations where scheduling relief is sought and only then when ALL participating counsel is on the line for purposes of selecting a new date.

_____
Honorable Gregory M. Sleet