UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNE M. ROWAN, | ) | |
| | ) | |
| Plaintiff | ) | C. A. No.: 06-258 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES T. CHANDLER & SON, INC., and | ) | JURY TRIAL DEMANDED |
| FUNERAL SERVICES OF DELAWARE, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of James Chandler, IV on Thursday, December 14, 2006 at 9:00 a.m., in the offices of SWARTZ CAMPBELL LLC, 300 Delaware Avenue, P.O. Box 330, Wilmington, Delaware 19899, pursuant to the Delaware Rules of Civil Procedure. The oral examination will continue from day to day until completed.

SWARTZ CAMPBELL LLC

Of Counsel:

/s/Nicholas E. Skiles, Esquire

| | |
|---|---|
| William T. Salzer, Esquire | Nicholas E. Skiles, Esquire (I.D. #3777) |
| Swartz Campbell LLC | 300 Delaware Avenue, Suite 1130 |
| Two Liberty Place, 28th Floor | P.O. Box 330 |
| Philadelphia, PA 19102 | Wilmington, DE 19899 |
| (215) 299-4346 | Attorneys for Plaintiff, Anne M. Rowan |
| | (302) 656-5935 |

cc: Karasch & Associates (610) 696-2008

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNE M. ROWAN, | ) | |
| | ) | |
| Plaintiff | ) | C. A. No.: 06-258 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES T. CHANDLER & SON, INC., and | ) | JURY TRIAL DEMANDED |
| FUNERAL SERVICES OF DELAWARE, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Nicholas E. Skiles, Esquire, hereby certify that on November 17, 2006, a true and correct copy of the attached Notice of Deposition was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following parties:

Robert K. Pearce, Esquire
Ferry Joseph & Pearce, P.A.
824 Market Street
Suite 904
P. O. Box 1351
Wilmington, DE  19899

Teresa A. Cheek, Esquire
Margaret M. DiBianca, Esquire
Young, Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

SWARTZ CAMPBELL LLC

Of Counsel:

William T. Salzer, Esquire
Swartz Campbell LLC
1601 Market Street, 34th Floor
Philadelphia, PA 19103
215-299-4346

*/s/Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (ID No. 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19801
(302) 656-5935
Attorneys for the Defendant, Anne Rowan