Swartz Campbell LLC
300 Delaware Avenue
11th Floor, Suite 1130
P.O. Box 330
Wilmington, DE 19899

**Nicholas E. Skiles**
*Attorney at Law*

voice (302) 656-5935
facsimile (302) 656-1434
nskiles@swartzcampbell.com
www.swartzcampbell.com

December 4, 2006

The Honorable Gregory M. Sleet
U.S. District Court for the District
 of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19899

    **RE:   Anne M. Rowan vs. James T. Chandler & Son, Inc., et., al.
           Civil Action No. 06-258 (GMS)**

Dear Judge Sleet:

    We write to confirm that all counsel in this action are available for a teleconference with Your Honor on December 12, 2006 at 2:00 p.m., for the purpose of discussing a discovery dispute which has arisen between the parties.

    We will contact Your Honor's Chambers once all parties have been connected for this conference.

                                        Respectfully submitted,

                                        SWARTZ CAMPBELL LLC

                                        */s/ Nicholas E. Skiles, Esquire*
                                        Nicholas E. Skiles, Esquire (I.D. #3777)

/NES
cc:   Teresa A. Cheek, Esquire
      Robert K. Pearce, Esquire
      William T. Salzer, Esquire