## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE M. ROWAN,<br><br>　　　　　　　　　　Plaintiff<br><br>　　vs.<br><br>JAMES T. CHANDLER & SON, INC.,<br>FUNERAL SERVICES OF<br>DELAWARE<br>　　　　　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 06-258-GMS |

### NOTICE OF DEPOSITION

TO:　　Robert K. Pearce, Esquire　　　　　Teresa A. Cheek, Esquire
　　　　Ferry, Joseph & Pearce, P.A.　　　　The Brandywine Building
　　　　824 Market Street　　　　　　　　　17th Floor - 1000 West Street
　　　　Suite 904 – P.O. Box 1351　　　　　P.O. Box 391
　　　　Wilmington, DE 19899　　　　　　　Wilmington, DE 19899-0391

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of Tony Latina on Friday, January 12, 2007 at 10:00 a.m., in the offices of SWARTZ CAMPBELL LLC, 300 Delaware Avenue, P.O. Box 330, Wilmington, Delaware 19899, pursuant to the Delaware Rules of Civil Procedure, before a Notary Public or some other official authorized by law to administer oaths. The oral examination will continue from day to day until completed.

　　　　　　　　　　　　　　　　　　　SWARTZ CAMPBELL LLC

Of Counsel:

　　　　　　　　　　　　　　　　　　　/s/Nicholas E. Skiles, Esquire
William T. Salzer, Esquire　　　　　　Nicholas E. Skiles, Esquire (I.D. #3777)
Swartz Campbell LLC　　　　　　　　 300 Delaware Avenue, Suite 1130
Two Liberty Place, 28th Floor　　　　　P.O. Box 330
Philadelphia, PA 19102　　　　　　　 Wilmington, DE 19899
(215) 299-4346　　　　　　　　　　　Attorneys for Plaintiff, Anne M. Rowan
　　　　　　　　　　　　　　　　　　　(302) 656-5935

cc: Karasch & Associates (610) 696-2008