## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE M. ROWAN,<br>                         Plaintiff<br>vs.<br>JAMES T. CHANDLER & SON, INC.,<br>FUNERAL SERVICES OF<br>DELAWARE<br>                         Defendants. | CIVIL ACTION<br><br>NO. 06-258-GMS |

### NOTICE OF DEPOSITION

TO:      Robert K. Pearce, Esquire           Teresa A. Cheek, Esquire
            Ferry, Joseph & Pearce, P.A.            The Brandywine Building
            824 Market Street                             17th Floor - 1000 West Street
            Suite 904 – P.O. Box 1351              P.O. Box 391
            Wilmington, DE 19899                Wilmington, DE 19899-0391

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of Jason Casper on Tuesday, January 18, 2007 at 11:00 a.m., in the offices of SWARTZ CAMPBELL LLC, 300 Delaware Avenue, P.O. Box 330, Wilmington, Delaware 19899, pursuant to the Delaware Rules of Civil Procedure, before a Notary Public or some other official authorized by law to administer oaths. The oral examination will continue from day to day until completed.

                                                                              SWARTZ CAMPBELL LLC

Of Counsel:

                                                           /s/Nicholas E. Skiles, Esquire
William T. Salzer, Esquire                    Nicholas E. Skiles, Esquire (I.D. #3777)
Swartz Campbell LLC                         300 Delaware Avenue, Suite 1130
Two Liberty Place, 28th Floor               P.O. Box 330
Philadelphia, PA 19102                          Wilmington, DE 19899
(215) 299-4346                                      Attorneys for Plaintiff, Anne M. Rowan
                                                            (302) 656-5935

cc: Karasch & Associates (610) 696-2008