## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE M. ROWAN,<br><br>      Plaintiff<br> vs.<br><br>JAMES T. CHANDLER & SON, INC.,<br>FUNERAL SERVICES OF<br>DELAWARE<br>      Defendants. | CIVIL ACTION<br><br><br><br>NO. 06-258-GMS |

### NOTICE OF DEPOSITION

TO: Robert K. Pearce, Esquire   Teresa A. Cheek, Esquire
   Ferry, Joseph & Pearce, P.A.   The Brandywine Building
   824 Market Street       17th Floor - 1000 West Street
   Suite 904 – P.O. Box 1351    P.O. Box 391
   Wilmington, DE 19899     Wilmington, DE 19899-0391

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of Chad Chandler on Thursday, January 18, 2007 at 2:00 p.m., in the offices of SWARTZ CAMPBELL LLC, 300 Delaware Avenue, P.O. Box 330, Wilmington, Delaware 19899, pursuant to the Delaware Rules of Civil Procedure, before a Notary Public or some other official authorized by law to administer oaths. The oral examination will continue from day to day until completed.

                 SWARTZ CAMPBELL LLC

Of Counsel:

                 /s/Nicholas E. Skiles, Esquire
William T. Salzer, Esquire      Nicholas E. Skiles, Esquire (I.D. #3777)
Swartz Campbell LLC        300 Delaware Avenue, Suite 1130
Two Liberty Place, 28th Floor     P.O. Box 330
Philadelphia, PA 19102       Wilmington, DE 19899
(215) 299-4346          Attorneys for Plaintiff, Anne M. Rowan
                 (302) 656-5935

cc: Karasch & Associates (610) 696-2008