## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE M. ROWAN,<br>　　　　　　　　　Plaintiff<br>　　vs.<br>JAMES T. CHANDLER & SON, INC.,<br>FUNERAL SERVICES OF DELAWARE<br>　　　　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 06-258-GMS |

## CERTIFICATE OF SERVICE

I, Nicholas Skiles, Esquire, hereby certifies that a true and correct copy of the attached Notice of Deposition was served upon all parties listed below by electronic filing and United States Mail, first class, postage prepaid on January 9, 2007.

| | |
|---|---|
| Robert K. Pearce, Esquire<br>Ferry, Joseph & Pearce, P.A.<br>824 Market Street<br>Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 | Teresa A. Cheek, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |

　　　　　　　　　　　　　　　　　　　　SWARTZ CAMPBELL LLC

| | |
|---|---|
| Of Counsel:<br>William T. Salzer, Esquire<br>Swartz Campbell LLC<br>Two Liberty Place, 28th Floor<br>Philadelphia, PA 19102<br>(215) 299-4346 | /s/Nicholas E. Skiles, Esquire<br>Nicholas E. Skiles, Esquire (I.D. #3777)<br>300 Delaware Avenue, Suite 1130<br>P.O. Box 330<br>Wilmington, DE 19899<br>Attorneys for Plaintiff, Anne M. Rowan<br>(302) 656-5935 |