## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE M. ROWAN, <br><br>                    Plaintiff <br><br>     vs. <br><br> JAMES T. CHANDLER & SON, INC., <br> FUNERAL SERVICES OF <br> DELAWARE <br><br>                    Defendants. | CIVIL ACTION <br><br><br><br> NO. 06-258-GMS |

### NOTICE OF DEPOSITION

TO:    Robert K. Pearce, Esquire            Teresa A. Cheek, Esquire
         Ferry, Joseph & Pearce, P.A.         The Brandywine Building
         824 Market Street                        17th Floor - 1000 West Street
         Suite 904 – P.O. Box 1351            P.O. Box 391
         Wilmington, DE 19899                 Wilmington, DE 19899-0391

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of Diana Pinkerton on Friday, January 19, 2007 at 10:00 a.m., in the offices of SWARTZ CAMPBELL LLC, 300 Delaware Avenue, P.O. Box 330, Wilmington, Delaware 19899, pursuant to the Delaware Rules of Civil Procedure, before a Notary Public or some other official authorized by law to administer oaths. The oral examination will continue from day to day until completed.

                                                       SWARTZ CAMPBELL LLC

Of Counsel:

                                                       /s/Nicholas E. Skiles, Esquire
William T. Salzer, Esquire              Nicholas E. Skiles, Esquire (I.D. #3777)
Swartz Campbell LLC                    300 Delaware Avenue, Suite 1130
Two Liberty Place, 28th Floor          P.O. Box 330
Philadelphia, PA 19102                   Wilmington, DE 19899
(215) 299-4346                               Attorneys for Plaintiff, Anne M. Rowan
                                                       (302) 656-5935

cc: Karasch & Associates (610) 696-2008