## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE M. ROWAN,<br><br>              Plaintiff<br>    vs.<br><br>JAMES T. CHANDLER & SON, INC.,<br>FUNERAL SERVICES OF<br>DELAWARE<br>              Defendants. | CIVIL ACTION<br><br><br><br>NO. 06-258-GMS |

### REVISED NOTICE OF DEPOSITION

TO:   Robert K. Pearce, Esquire          Teresa A. Cheek, Esquire
      Ferry, Joseph & Pearce, P.A.        The Brandywine Building
      824 Market Street                   17th Floor - 1000 West Street
      Suite 904 – P.O. Box 1351           P.O. Box 391
      Wilmington, DE 19899                Wilmington, DE 19899-0391

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of Jason Casper on Thursday, January 18, 2007 at 2:00 p.m., in the offices of SWARTZ CAMPBELL LLC, 300 Delaware Avenue, P.O. Box 330, Wilmington, Delaware 19899, pursuant to the Delaware Rules of Civil Procedure, before a Notary Public or some other official authorized by law to administer oaths. The oral examination will continue from day to day until completed.

                              SWARTZ CAMPBELL LLC

Of Counsel:

                              /s/Nicholas E. Skiles, Esquire
William T. Salzer, Esquire    Nicholas E. Skiles, Esquire (I.D. #3777)
Swartz Campbell LLC           300 Delaware Avenue, Suite 1130
Two Liberty Place, 28th Floor P.O. Box 330
Philadelphia, PA 19102        Wilmington, DE 19899
(215) 299-4346                Attorneys for Plaintiff, Anne M. Rowan
                              (302) 656-5935

cc: Karasch & Associates (610) 696-2008