## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE M. ROWAN,<br>                Plaintiff<br>   vs.<br>JAMES T. CHANDLER & SON, INC.,<br>FUNERAL SERVICES OF<br>DELAWARE<br>                Defendants. | CIVIL ACTION<br><br>NO. 06-258-GMS |

### CERTIFICATE OF SERVICE

I, Nicholas Skiles, Esquire, hereby certifies that a true and correct copy of the attached Revised Notice of Deposition was served upon all parties listed below by electronic filing and United States Mail, first class, postage prepaid on January 18, 2007.

Robert K. Pearce, Esquire  
Ferry, Joseph & Pearce, P.A.  
824 Market Street  
Suite 904  
P.O. Box 1351  
Wilmington, DE 19899  

Teresa A. Cheek, Esquire  
Young Conaway Stargatt & Taylor, LLP  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, DE 19899-0391  

SWARTZ CAMPBELL LLC

Of Counsel:  
William T. Salzer, Esquire  
Swartz Campbell LLC  
Two Liberty Place, 28th Floor  
Philadelphia, PA 19102  
(215) 299-4346  

/s/Nicholas E. Skiles, Esquire  
Nicholas E. Skiles, Esquire (I.D. #3777)  
300 Delaware Avenue, Suite 1130  
P.O. Box 330  
Wilmington, DE 19899  
Attorneys for Plaintiff, Anne M. Rowan  
(302) 656-5935