UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNE M. ROWAN, | | |
| | Plaintiff | CIVIL ACTION |
| vs. | | |
| JAMES T. CHANDLER & SON, INC., FUNERAL SERVICES OF DELAWARE | | NO. 06-258-GMS |
| | Defendants. | |

### NOTICE OF DEPOSITION

TO:   Robert K. Pearce, Esquire          Teresa A. Cheek, Esquire
      Ferry, Joseph & Pearce, P.A.      The Brandywine Building
      824 Market Street                 17th Floor - 1000 West Street
      Suite 904 – P.O. Box 1351         P.O. Box 391
      Wilmington, DE 19899              Wilmington, DE 19899-0391

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of Chad Chandler for Tuesday, January 30, 2007 at 1:00 p.m. in the offices of SWARTZ CAMPBELL LLC, 300 Delaware Avenue, P.O. Box 330, Wilmington, Delaware 19899, pursuant to the Delaware Rules of Civil Procedure, before a Notary Public or some other official authorized by law to administer oaths. The oral examination will continue from day to day until completed.

SWARTZ CAMPBELL LLC

Of Counsel:

William T. Salzer, Esquire
Swartz Campbell LLC
Two Liberty Place, 28th Floor
Philadelphia, PA 19102
215-299-4346

/s/ Nicholas E. Skiles, Esquire
Nicholas E. Skiles, Esquire
300 Delaware Avenue
Suite 1130 - P.O. Box 330
Wilmington, DE 19899
Attorneys for Plaintiff, Anne M. Rowan
(302) 656-5935