**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANNE M. ROWAN,<br>　　　　　　　　Plaintiff<br>　vs.<br><br>JAMES T. CHANDLER & SON, INC.,<br>FUNERAL SERVICES OF<br>DELAWARE<br>　　　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 06-258-GMS |

**CERTIFICATE OF SERVICE**

　　　Nicholas Skiles, Esquire, hereby certifies that a true and correct copy of the attached Notice of Deposition was served upon all parties listed below by United States Mail, first class, postage prepaid on January 24, 2007.

| | |
|---|---|
| Robert K. Pearce, Esquire<br>Ferry, Joseph & Pearce, P.A.<br>824 Market Street<br>Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 | Teresa A. Cheek, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |

SWARTZ CAMPBELL LLC

| | |
|---|---|
| Of Counsel:<br><br>William T. Salzer, Esquire<br>Swartz Campbell LLC<br>Two Liberty Place, 28th Floor<br>Philadelphia, PA 19102<br>215-299-4346 | /s/ Nicholas E. Skiles, Esquire<br>Nicholas E. Skiles, Esquire<br>300 Delaware Avenue<br>Suite 1130 - P.O. Box 330<br>Wilmington, DE 19899<br>Attorneys for Plaintiff, Anne M. Rowan<br>(302) 656-5935 |