Swartz Campbell LLC
300 Delaware Avenue
11th Floor, Suite 1130
P.O. Box 330
Wilmington, DE 19899

voice (302) 656-5935
facsimile (302) 656-1434
nskiles@swartzcampbell.com
www.swartzcampbell.com

**Nicholas E. Skiles**
*Attorney at Law*

January 30, 2007

The Honorable Mary Pat Thynge
U.S. District Court for the District
 of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19899

    **RE:**   Anne M. Rowan vs. James T. Chandler & Son, Inc., et al
           U.S.D.C., District of Delaware, Civil Action No. 06-258 (GMS)

Dear Judge Thynge:

    On January 23, 2007 an Order was filed noting that the February 1, 2007 teleconference was cancelled. We respectfully request that this teleconference be rescheduled at the Court's earliest convenience.

    Respectfully submitted,

    SWARTZ CAMPBELL LLC


    /s/ Nicholas E. Skiles
    Nicholas E. Skiles, Esq. (DE ID #3777)
    300 Delaware Avenue, Suite 1130
    Wilmington, DE 19801
    (302) 656-5936
    Attorneys for Plaintiff Anne Rowan

cc:   Teresa A. Cheek, Esquire
       Robert K. Pearce, Esquire
       William T. Salzer, Esquire