IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNE M. ROWAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-258-GMS |
| | ) | |
| JAMES T. CHANDLER & SON, INC. and | ) | JURY TRIAL DEMANDED |
| FUNERAL SERVICES OF DELAWARE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF DEPOSITION DUCES TECUM

PLEASE TAKE NOTICE that the undersigned will take the deposition duces tecum upon oral examination of Bob Rae, pursuant to Rule 30 of the Federal Rules of Civil Procedure on Wednesday, April 18, 2007 at 10:00 a.m. This deposition will take place at the law offices of Young Conaway Stargatt & Taylor, 1000 West Street, 17th Floor, Wilmington, Delaware before an officer authorized to take such depositions. The deposition will be recorded by stenographic means. The deposition shall continue from day to day until completed. The deponent is required to furnish all items listed on Exhibit A attached.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/  *Teresa A. Cheek*_____
Teresa A. Cheek, Bar I.D. No. 2657
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
tcheek@ycst.com
Co-Counsel for Defendants

cc: Wilcox & Fetzer
Dated February 8, 2007

EXHIBIT A

1. All documents relating to or referring to Anne Rowan.

2. All documents relating to or referring to Chandler Funeral Home.

3. All documents relating to or referring to Funeral Services of Delaware.

4. All documents relating to or referring to James T. Chandler & Son, Inc.

DB02:5775620.1                                                                                                                                   065412.1001