IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE M. ROWAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-258-GMS |
| | ) |
| JAMES T. CHANDLER & SON, INC. and | ) JURY TRIAL DEMANDED |
| FUNERAL SERVICES OF DELAWARE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## RENOTICE OF DEPOSITION

TO:
Nicholas Skiles, Esquire
Swartz & Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

Robert K. Pearce, Esquire
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

William T. Salzer, Esquire
Swartz & Campbell LLC
1601 Market St., 34th Floor
Philadelphia, PA 19103
(215) 299-4346

    PLEASE TAKE NOTICE that the undersigned will take the deposition of Jesse Pebley at the offices of Young Conaway Stargatt & Taylor, 1000 West Street, 17th Floor, Wilmington, Delaware on Wednesday, March 14, 2007 at 1:00 p.m.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Teresa A. Cheek
Teresa A. Cheek, Bar I.D. No. 2657
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
tcheek@ycst.com
Co-Counsel for Defendants

cc: Wilcox & Fetzer
Dated: February 15, 2007