## IN THE UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNE M. ROWAN, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 06-258-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES T. CHANDLER & SON, INC., | ) | JURY TRIAL DEMANDED |
| FUNERAL SERVICES OF DELAWARE | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants James T. Chandler & Son, Inc. and Funeral Services of Delaware, by and through their undersigned counsel, hereby move this Court for an Order granting summary judgment in their favor on all counts of Plaintiff Anne M. Rowan's pursuant to Rule 56 (c) of the Federal Rules of Civil Procedure.

Defendants respectfully refer the Court to the factual assertions and legal arguments made in Defendants' Opening Brief in support of this Motion, filed contemporaneously herewith and included herein by reference.

WHEREFORE, Defendants respectfully request this Court to grant their Motion for Summary Judgment and to award such other relief as is just and proper.

| FERRY, JOSEPH & PEARCE, P.A. | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
|---|---|
| /s/Robert K. Pearce<br>Robert K. Pearce, Esquire (No. 191)<br>Thomas R. Riggs, Esquire (No. 4631)<br>824 North Market Street, Suite 904<br>P. O. Box 1351<br>Wilmington, DE 19899<br>Telephone: (302) 575-1555<br>Facsimile: (302) 575-1714<br>rpearce@ferryjoseph.com<br>Co-counsel for Defendants | /s/Teresa A. Cheek<br>Teresa A. Cheek, Esquire (No. 2657)<br>Margaret M. DiBianca, Esquire (No. 4539)<br>The Brandywine Building, 17th Floor<br>1000 West Street, P. O. Box 391<br>Wilmington, DE 19899-0391<br>Telephone: (302) 571-6676<br>Facsimile: (302) 576-3286<br>tcheek@ycst.com<br>Co-counsel for Defendants |

Dated: May 14, 2007

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNE M. ROWAN, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 06-258-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES T. CHANDLER & SON, INC., | ) | JURY TRIAL DEMANDED |
| FUNERAL SERVICES OF DELAWARE | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

AND NOW, TO-WIT, this _____ day of _____, 2007, the foregoing Motion for Summary Judgment having been presented to and considered by the Court,

IT IS HEREBY ORDERED that Defendants James T. Chandler & Son, Inc. and Funeral Services of Delaware's motion is GRANTED.

                                                                            The Honorable Gregory M. Sleet
                                                                            United States District Court Judge

## **CERTIFICATE OF SERVICE**

I, Robert K. Pearce, Esquire do hereby certify that on May 14, 2007, I electronically filed the foregoing **Defendants' Motion for Summary Judgment** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Nicholas Skiles, Esquire
(ID #3777)
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P. O. Box 330
Wilmington, DE 19899

Teresa A. Cheek, Esquire
(ID #2657)
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

I, hereby certify that on May 14, 2007, I have mailed by United States Postal Service, the document to the following non-registered participants:

William T. Salzer, Esquire
Two Liberty Place, 28th Floor
50 S. 16th Street
Philadelphia, PA 19102

/s/Robert K. Pearce
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555
rpearce@ferryjoseph.com