## CERTIFICATE OF SERVICE

I, Robert K. Pearce, Esquire do hereby certify that on May 14, 2007, I electronically filed the foregoing **Defendants' Opening Brief in Support of their Motion for Summary Judgment and Appendix to Defendants' Opening Brief in Support of their Motion for Summary Judgment** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Nicholas Skiles, Esquire
(ID #3777)
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P. O. Box 330
Wilmington, DE 19899

Teresa A. Cheek, Esquire
(ID #2657)
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

I, hereby certify that on May 14, 2007, I have mailed by United States Postal Service, the document to the following non-registered participants:

William T. Salzer, Esquire
Two Liberty Place, 28th Floor
50 S. 16th Street
Philadelphia, PA 19102

/s/Robert K. Pearce
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555
rpearce@ferryjoseph.com