Swartz Campbell LLC
300 Delaware Avenue
11th Floor, Suite 1130
P.O. Box 330
Wilmington, DE 19899

voice (302) 656-5935
facsimile (302) 656-1434
nskiles@swartzcampbell.com
www.swartzcampbell.com

**Nicholas E. Skiles**
*Attorney at Law*

May 31, 2007

The Honorable Gregory M. Sleet
U.S. District Court for the District
    of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19899

    Re:    **Anne M. Rowan vs. James T. Chandler & Son, Inc., et al**
             **U.S.D.C., District of Delaware, Civil Action No. 06-258 (GMS)**

Dear Judge Sleet:

    This office represents Plaintiff Anne Rowan in the above-captioned matter. We write to confirm that this matter has settled as to all parties and all claims, subject to a mutually agreeable release. Plaintiff therefore requests that the Court issue a 60-day letter.

    Thank you for your courtesies.

                                                  Very truly yours,

                                                  SWARTZ CAMPBELL LLC

                                                  /s/ Nicholas E. Skiles
                                                  Nicholas E. Skiles (I.D. #3777)

cc:    Teresa A. Cheek, Esquire
        Robert K. Pearce, Esquire