IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE M. ROWAN,<br><br>Plaintiff<br><br>vs.<br><br>JAMES T. CHANDLER & SON, INC., FUNERAL SERVICES OF DELAWARE<br><br>Defendants. | CIVIL ACTION<br><br>NO. 06-258-GMS |

## STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, subject to the approval of the Court, hereby stipulate and agree that this action shall be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

FERRY, JOSEPH & PEARCE, P.A.

*Robert K. Pearce*
Robert K. Pearce, Esquire (No. 191)
824 Market Street, Suite 904
Wilmington, DE 19899
302-575-1555
Co-Counsel for Defendants

SWARTZ CAMPBELL LLC

*[signature]*
Nicholas E. Skiles, Esquire (No. 3777)
300 Delaware Avenue
Wilmington, DE 19899
302-656-5935
Co-counsel for Plaintiff

YOUNG, CONAWAY, STARGATT & TAYLOR

*Teresa A. Cheek*
Teresa A. Cheek, Esquire (No. 2657)
1000 West Street, 17th Floor
Wilmington, DE 19899
302-571-6676
Co-Counsel for Defendants

OF COUNSEL:

SWARTZ CAMPBELL LLC
William T. Salzer, Esquire
Two Liberty Place, 28th Floor
50 South 16th Street
Philadelphia, PA 19102
Co-Counsel for Plaintiff

Dated: September 11, 2007

IT IS SO ORDERED, this _____ day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE